UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LLOYD N. PRICE EL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF NEW JERSEY, et al.,<br><br>　　　　Defendants. | Civ. A. No. 11-2213 (NLH)(AMD)<br><br>**ORDER** |

　　For the reasons expressed in the Court's Opinion filed today,

　　IT IS HEREBY on this   12th   day of January  , 2012

　　ORDERED that defendants' motion to dismiss [9] is GRANTED; and it is further

　　ORDERED that plaintiff's motion for a cease and desist order [5] is DENIED; and it is further

　　ORDERED that the Clerk of the Court shall mark this matter as CLOSED.

　　　　　　　　　　　　　　　　　　　　  s/ Noel L. Hillman  
At Camden, New Jersey　　　　　　　　NOEL L. HILLMAN, U.S.D.J.