## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| LLOYD N. PRICE EL, | : | |
| | : | Civ. A. No. 11-2213 (NLH)(AMD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **ORDER** |
| SUPERIOR COURT OF NEW JERSEY, et al., | : | |
| | : | |
| Defendants. | : | |

    For the reasons expressed in the Court's Opinion filed today,

    IT IS HEREBY on this __12th__ day of __January__, 2012

    ORDERED that defendants' motion to dismiss [9] is GRANTED; and it is further

    ORDERED that plaintiff's motion for a cease and desist order [5] is DENIED; and it is further

    ORDERED that the Clerk of the Court shall mark this matter as CLOSED.


                                                    s/ Noel L. Hillman

At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.